Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Dey, L.P. and Dey, Inc.    v. Teva Parenteral Medicines, Inc. et al.

No. 14-1434

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for: Teva Parenteral Medicines, Inc., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries, Ltd.
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Bruce M. Gagala |
| Law firm: | Leydig, Voit & Mayer, Ltd. |
| Address: | Two Prudential Plaza, 180 N. Stetson Ave., Suite 4900 |
| City, State and ZIP: | Chicago, IL 60601-6731 |
| Telephone: | (312)616-5600 |
| Fax #: | (312)616-5700 |
| E-mail address: | bgagala@leydig.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 4/27/1983

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes  [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 5/9/2014 | /s/ Bruce M. Gagala |
| Date | Signature of pro se or counsel |

cc: Counsel of Record

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  5/9/2014
by:

☒ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Elizabeth M. Crompton | /s/ Elizabeth M. Crompton |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Leydig, Voit & Mayer, PC

Address: 700 Thirteenth St., N.W., Suite 300

City, State, ZIP: Washington, D.C. 20005-3960

Telephone Number: (202)737-6770

FAX Number: (202)737-6776

E-mail Address: ecrompton@leydig.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.