# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Dey, L.P., et al. v. Teva Parenteral Medicines Inc., et al.

No. 14-1434

## NOTICE OF OBJECTION TO OFFICIAL CAPTION

Appellees in the above-captioned appeal hereby object to the official caption pursuant to local Rule 12, Practice Note.  Due to a corporate name change, appellee Dey, L.P. (spelled in the official caption as Dey LP) is now known as Mylan Specialty, L.P.  Therefore, it is respectfully requested that the official caption be amended to read as follows:

DEY, L.P., now known as MYLAN SPECIALTY, L.P., and DEY, INC.,

Plaintiffs-Appellees

v.

TEVA PARENTERAL MEDICINES, INC., TEVA PHARMACEUTICALS U.S.A, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD.,

Defendants-Appellants

May 12, 2014

/s/ David Greenwald

David Greenwald
CRAVATH, SWAINE & MOORE LLP
Attorneys for Plaintiffs-Appellees
825 Eighth Avenue
New York, NY 10019
Tel:  (212) 474-1000
Fax:  (212) 474-3700
dgreenwald@cravath.com

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  May 12, 2014
by:

☒ US mail
☐ Fax
☐ Hand
☒ Electronic Means
 (by email or CM/ECF)

| David Greenwald | /s/ David Greenwald |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Cravath, Swaine & Moore LLP

Address: 825 Eighth Avenue

City, State, ZIP: New York, NY 10019

Telephone Number: (212) 474-1000

FAX Number: (212) 474-3700

E-mail Address: dgreenwald@cravath.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.