NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEY, L.P., NOW KNOWN AS MYLAN SPECIALTY, L.P., AND DEY, INC.,**
*Plaintiffs-Appellees,*

v.

**TEVA PARENTERAL MEDICINES, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., AND TEVA PHARMACEUTICALS USA, INC.,**
*Defendants-Appellants.*

---

2014-1434

---

Appeal from the United States District Court for the Northern District of West Virginia in No. 1:09-cv-00087-IMK, Judge Irene M. Keeley.

---

**O R D E R**

Appellees inform the court of a corporate name change.

Accordingly,

IT IS ORDERED THAT:

The official caption is revised and reflected above.

                                                                                                                                                              FOR THE COURT

                                                                               /s/ Daniel E. O'Toole
                                                                               Daniel E. O'Toole
                                                                               Clerk of Court

s26