NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**DEY LP, NKA Mylan Specialty, L.P., DEY INC.,**
*Plaintiffs – Appellees,*

v.

**TEVA PARENTERAL MEDICINES, INC., TEVA
PHARMACEUTICALS USA, INC., TEVA
PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendants – Appellants.*

———————————————

14-1434

———————————————

Appeal from the United States District Court for the
Northern District of West Virginia in No. 1:09-cv-00087-
IMK, Judge Irene M. Keeley.

———————————————

ON MOTION

O R D E R

Upon consideration of the Appellees Dey, LP and Dey
Inc., unopposed motion to extend time to file their
principal brief until October 10, 2014,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

July 15, 2014                    /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court

cc: Roger Brooks
Jeffrey B. Burgan
Evan Chesler
Elizabeth Crompton
Bruce M. Gagala
David Greenwald
David R. Marriott
David Ryan Van Buskirk